IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

Filed 10-8-09

Clerk, U.S. District Court
Western District of Texas

By _____
Deputy

RAY CURTIS GRAHAM,
    Plaintiff,

-vs-                 Case No. A-08-CA-006-SS

RISSIE OWENS, Individually and in Her
Official Capacity as Chairperson of the Texas
Board of Pardons and Paroles; STUART
JENKINS, Individually and in His Official
Capacity as Director of the Parole Division of the
Texas Board of Pardons and Paroles; JOSE
ALISEDA JR., CHARLES AYCOCK,
CONRITH DAVIS, JACKIE DENOYELLES,
LINDA GARCIA, JUANITA M. GONZALEZ,
THOMAS G. FORDYCE, PAMELA D.
FREEMAN, TONY GARCIA, ELVIS
HIGHTOWER, JAMES PAUL KIEL JR.,
EDGAR MORALES, JAMES C. POLAND,
LYNN RUZICKA, CHARLES SHIPMAN,
CHARLES C. SPEIER, and HOWARD A.
THRASHER, SR; ,
    Defendants.

## VERDICT FORM

We, the jury, unanimously answer the following questions:

### Question One

Do you find, by a preponderance of the evidence, that the Defendant is individually liable for violating the Plaintiff Ray Graham's constitutional right to procedural due process?

Answer "Yes" or "No" as to each Defendant.

Rissie Owens   __Yes__

Stuart Jenkins   __Yes__

If you answered "Yes" as to either Defendant for Question One, proceed to answer Question Two as to that Defendant only. If you answered "No" as to both Defendants, answer no further questions.

## Question Two

Do you find, by a preponderance of the evidence, that the Defendant's actions during the relevant time period were objectively unreasonable in light of the clearly established law at the time?

Answer "Yes" or "No" as to each Defendant.

Rissie Owens ___Yes___

Stuart Jenkins ___No___

If you answered "Yes" to Question One and "Yes" to Question Two for either or both of the Defendants, proceed to Question Three. Otherwise, answer no further questions.

## Question Three

What sum of money, if paid now in cash, would reasonably compensate the Plaintiff for his injuries sustained in the period of time from December 17, 2007 to August 10, 2009 as a result of the deprivation of his constitutional right to procedural due process?

Answer in dollars and cents, if any, for the following elements of damage in (a) and (b), or award one dollar of nominal damages in (c):

    a.    Mental anguish and/or loss of enjoyment of life.

           Answer: $ _15 000.00_

    b.    Out-of-pocket expenses.

           Answer: $ _6250.00_

OR

    c.    Nominal damages.

           Answer: $_____

Proceed to answer Question Four.

## Question Four

Do you find, by a preponderance of the evidence, that it was necessary for the Plaintiff to incur attorneys' fees in the prosecution of this case?

Answer "Yes" or "No":  _yes_

Answer no further questions.

Submitted the ___8th___ day of October 2009, at ___4___ o'clock _p_.m.

ORIGINAL SIGNATURE
REDACTED PURSUANT TO
E-GOVERNMENT ACT OF 2002
PRESIDING JUROR