IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

RAY CURTIS GRAHAM,
          Plaintiff,

-vs-

Case No. A-08-CA-006-SS

RISSIE OWENS, Individually and in Her Official Capacity as Chairperson of the Texas Board of Pardons and Paroles; STUART JENKINS, Individually and in His Official Capacity as Director of the Parole Division of the Texas Board of Pardons and Paroles; JOSE ALISEDA JR., CHARLES AYCOCK, CONRITH DAVIS, JACKIE DENOYELLES, LINDA GARCIA, JUANITA M. GONZALEZ, THOMAS G. FORDYCE, PAMELA D. FREEMAN, TONY GARCIA, ELVIS HIGHTOWER, JAMES PAUL KIEL JR., EDGAR MORALES, JAMES C. POLAND, LYNN RUZICKA, CHARLES SHIPMAN, CHARLES C. SPEIER, and HOWARD A. THRASHER, SR.,
          Defendants.

## ORDER

BE IT REMEMBERED on the 5th day of October, 2009, the above-styled and numbered cause came before a jury and Kim Coogan, attorney for the Defendant Stuart Jenkins, was held in contempt of this Court. The Court confirms its oral order with this written order.

IT IS ORDERED that Kim Coogan is held in contempt of Court for insubordination and repeated violations of the Court's instructions in the presence of the jury. Therefore, Kim Coogan is fined FIVE HUNDRED AND NO/100 DOLLARS ($500.00).

IT IS FURTHER ORDERED that the United States District Clerk shall, upon receipt of this order, deposit the FIVE HUNDRED AND NO/100 DOLLARS ($500.00) that was received from the Office of the Attorney General into the court's registry.

SIGNED this the 5th day of October 2009.

*Sam Sparks*
SAM SPARKS
UNITED STATES DISTRICT JUDGE