IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

RAY CURTIS GRAHAM,
          Plaintiff,

-vs-

RISSIE OWENS, Individually and in Her Official Capacity as Chairperson of the Texas Board of Pardons and Paroles; STUART JENKINS, Individually and in His Official Capacity as Director of the Parole Division of the Texas Board of Pardons and Paroles; JOSE ALISEDA JR., CHARLES AYCOCK, CONRITH DAVIS, JACKIE DENOYELLES, LINDA GARCIA, JUANITA M. GONZALEZ, THOMAS G. FORDYCE, PAMELA D. FREEMAN, TONY GARCIA, ELVIS HIGHTOWER, JAMES PAUL KIEL JR., EDGAR MORALES, JAMES C. POLAND, LYNN RUZICKA, CHARLES SHIPMAN, CHARLES C. SPEIER, and HOWARD A. THRASHER, SR.,
          Defendants.

Case No. A-08-CA-006-SS

## JUDGMENT

BE IT REMEMBERED on the 10th day of November 2009, the Court entered its order in the above-styled cause granting judgment as a matter of law for the Defendant Rissie Owens, on the basis of her lack of personal liability under 42 U.S.C. § 1983, and there remaining no other defendants pending, the Court enters the following judgment:

    IT IS ORDERED, ADJUDGED, and DECREED that the plaintiff Ray Graham TAKE NOTHING on his claims brought under 42 U.S.C. § 1983 against the defendants

Rissie Owens and Stuart Jenkins in the above-styled cause, and that each party shall absorb his or her own costs of suit.[1]

IT IS FURTHER ORDERED that Plaintiff SHALL have FOURTEEN (14) DAYS to file a motion for attorneys' fees in compliance with Local Rule CV-7(i). Objections to the motion shall be filed on or before ELEVEN (11) days after the date of filing.

SIGNED this the 10th day of November 2009.

*Sam Sparks*
SAM SPARKS
UNITED STATES DISTRICT JUDGE

---

[1] Although the Plaintiff was not successful in proving individual liability of the Defendants under 42 U.S.C. § 1983, he was successful in obtaining equitable relief, and therefore the Court finds it appropriate that each party absorb its own costs of suit.